*I Was Told To File an Writ of Mandamus*

**1:04 CV 0241**

CSJ-110 4/90
4836-3110

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONARY

APR-5
04 APR -7 AM 8:53

TO: U.S. District Court, Western Dist. of Mi
NAME: Clerk, Mr. Ronald C. Western Sr.
NO. AND STREET or R.R.: 399 Federal Bldg, 110 Michigan N.W.
CITY: Grand Rapids   STATE: Michigan   ZIP: 49503

FROM:
NAME: Thurman Maddox
NO.: 211115   LOCK: 204-B-7
INSTITUTION: Gus Harrison Correctional Fac, Adrian
DATE:

David W. McKeague
U.S. District Judge

Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

Dear Clerk: Mr. Ronald C. Western Sr. "P.S."

I'am Not The Best When it Comes To Knowing Law, but I Try Very Hard To understand but I have A Learning Impairment. I Need your Help, I Believe I have been Incarcerated Illeagelly and have been for years since May 1997" I have Written To The State Attorney General Mr. Mike Cox but I don't Know If I've Worded the Law steps Correctly, But I Tried To." I Know That you Can understand Law More then I." I Was Told by others That I Was did Wrong To." Please Help Me I have Written To Mike Cox but I Never received an Response Nor have I Receive an answer What steps They Were going To Help Me. "I am sending To you an Copy I have Received From This Facility school." Please Look Forward For (2) Envelopes To be sent To you. "Please Let Me Know You have Received My Letters and Copies.

"I've has The Parole Board Written back."
"I've sent Them Copies as Well.



RECEIVED (GR) U.S. District Court, Ronald C. Weston, Sr., Clerk APR - 5 2004 By Western Michigan

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONARY

CSJ-110 4/90
4835-3110

TO: U.S. District Court, Western Dist, Mich
NAME Clerk; Ronald C. Western Sr.
NO. AND STREET OR R.R. 399 Federal Bldg, 110 Michigan NW.
CITY Grand Rapids, STATE Michigan, ZIP 49503

FROM: Gus Harrison
NAME Thurman Freeman Maddox
NO. 211115  LOCK 204-B-1
INSTITUTION Gus Harrison Correctional Facility
DATE 3-18-04"

PG 1 OF 2

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

"I have Written To Attorney General; Mr. Mike Cox, Further More I have also Written To The Parole Board. And I have sent Copies To Both Parties, showing Them Both Court Documents, From the 22nd District Court In Inkster, Michigan." There Were Never an Valid Warrant Ever Issued by The Magistrate Judge In Inkster." For there Were Never an Complaint Filed by SuCarol Elliott The Complainant, In Front of the Magistrate Judge In Inkster". Never one Endorsed and an State Seal To make one Valid.

"I'am Sending To you also Copies To Verify The Truth." As it is — quotted In The Bible The Truth Will make you Free.

"You Would Please Look at The "Information Complaint Form". you Will see The Case Number 9661623D) Date of offense 04-24-96 Place of offense 25922 Princeton street JAW, Inkster

Complainant SuCarol Elliott, Complaining Witness, INFO & Belief
No Name Given For No Accusations Made.

Further More) You Would Please Look at The Recommendation For an Warrant." As you Will see it Was Dated (2) Two Times (1) 06-20-96" — 06-27-96" Will show you There Was Never an Valid Warrant Within The Law Required The Limit For an Valid Warrant To be Issued Within The Time of an Complaint. for there Was. Not one.

Further More There is an Docket No: 96-2683FY on The Recommendation. From Inkster Mich." Please Look Forward and read about The other Information I have Provided for you
Please Contenue on —   PG 2

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONARY

CSJ-110 4/90
4835-3110

TO: U.S District Court Western District, MI
NAME: Clerk Ronald C. Western Sr.
NO. AND STREET or R.R.: 399 Federal Bldg, 110 Michigan NW.
CITY: Grand Rapids  STATE: Michigan  ZIP: 49503

FROM:
NAME: Thurman F. Maddox
NO: 211115  LOCK: 204-B-1
INSTITUTION: Gus Harrison Correctional Facility  DATE: 3-18-03

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

PG 2 OF 2

Contenue on Please: "The Recommendation Docket NO: 96-2683 FY

"This Docket Number Was used on an Request Form Dated - Dec 15, 2003" Notarized To Make Valid. Michigan Court Rule (MCR 6.102) Sub Rule (B) I have not Ever heard back at all From Inkster Michigan." I have also Made an Copy of The Parole Elgibility - Report The Reason Was because an accusation Was Made This accusation Was Never Made by The Complainant - SuCarol Elliott because There Were never No Complaint Ever Filed because as you Can See There Were never an Valid Warrant Ever Issued By an Magistrate Judge." Plus you Can see There is another Date used "04-26-96" "There is Not any one saying such Thing In any Inkster Court Documents.

I am also sending To you an Copy of The Complaint Rule - (6.101)

"Here are also Copies of There Letters;

1. Attorney General Mike Cox
2. Parole Board of Michigan

P.S. I've been Incarcerated Since around May 10, 1997"

_____  DATE: 3/18/04
NOTARY PUBLIC

SIGNATURE: Thurman Maddox

Attorney General                                                Fri March 8, 2004
Honorable Mike Cox:                                                    PG 1 OF 2

"I am Not asking you To be My attorney" asking you Please Look Into
I am Writing To you Concerning The 22nd District Court in, This
Inkster, Michigan. (Most of all) I Would like For you To look
Into This Matter for Me That the Court Never produced
Transcripts in My Case. Also There Were "Never, a Complaint
Filed by the Complainant." Nor Were there Ever a Valid Warrant
Issued by the Magistrate Judge." And also I am being held
Illeaglly Detained from This Matter." Further More I have
Requested Under Michigan Court Rule (MCR 6.102) Sub Rule (F).
"The Docket Number used Was as Followed. 96-2683 FY.
"Which this Docket Number Was used on a Recommendation for a
Warrant." The date The Recommendation Was Typed Was 06/20/96"
Date Completed Was on 06/27/96" Under State Law a Person Must
be arraigned Within 12 HRS of an arrest Warrant, from a Magistrate
Judge Which Makes all of the Proceedings Void." And there Were
a False arrest Warrant used against Me. "Attached To this
Letter is also a Copy of False Accusations." Also on The Information
Form There Were Not a Witness, Also there Were Not a Complainant
Making any accusations against Me." I am also sending Making
To you Copies of the PER Which Were done 2003 and 2004" ACCUSATIONS
" also as you Will see on the Information Form, Which Was
Suppose to be a Complaint Form There is Nothing stating This
from any Witness." Would you Please Look Into this   "PLEASE
Matter?" "Thank you Much in advance, Yours Truly:   CONTENUE TO PG 2
OFFENSE "    COMPLAINT. INFORMATION FORM    PER
(2) Two Dates are stated   INKSTER. 04-24-96 |  04-26-96") Thurman F. Maddox

PG 2 OF 2

Mary C Gray                DATE: 3/9/04
NOTARY PUBLIC

MARY C. GRAY              SIGNATURE: Thurman F Maddox
NOTARY PUBLIC LENAWEE CO., MI
MY COMMISSION EXPIRES Aug 16, 2006

Michigan Department of Corrections  4835-0789
## GED COMPLETION EXEMPTION FORM  CAJ-789 2/00

PRISONER NAME: **Maddox** NUMBER: **211115** FACILITY: **ARF**

**CURRENT GRADE LEVEL ACHIEVEMENT:**
DATE OF MOST RECENT TABE TEST: **6-19-03** GRADE LEVEL: READING: **7.2**; MATHEMATICS: **6.4**

**REASON FOR EXEMPTION:**

1. \_\_\_ THE PRISONER IS 65 YEARS OF AGE OR OVER. PRISONER DATE OF BIRTH:_____

2. \_\_\_ THE PRISONER WAS GAINFULLY EMPLOYED IMMEDIATELY BEFORE COMMITTING THE CRIME FOR WHICH THEY ARE INCARCERATED, AS REFLECTED IN THE PRE-SENTENCE INVESTIGATION REPORT PREPARED PURSUANT TO PD 06.01.140 "PRE-SENTENCE INVESTIGATION REPORT." THIS DOES NOT INCLUDE EMPLOYMENT IN AN ILLEGAL ACTIVITY.

3. \_\_\_ THE PRISONER DOES NOT HAVE THE NECESSARY PROFICIENCY IN ENGLISH TO ATTAIN A GED.
   SIGNATURE OF EDUCATION PROFESSIONAL:
   _____ TITLE: _____ DATE: _____

4. **✓** THE PRISONER HAS LEARNING IMPAIRMENTS WHICH LIMIT THEIR ABILITY TO MEET THIS STANDARD. A "LEARNING IMPAIRMENT" IS DEFINED AS A CHRONIC CONDITION WHICH HINDERS A PERSON'S ABILITY TO IMPROVE HIS/HER ACADEMIC LEARNING AS EVIDENCED BY:
   a. The inability to obtain a measurable advancement (.5 grade level increase or higher per year) in grade equivalent change during a one-year period of continuing classroom time as measured by the Test of Adult Basic Education (TABE), i.e., the grade equivalent score for reading and/or math; and
   b. A minimum of three or more documented teaching interventions to improve a student's academic skill development in reading and/or math. **One-on-one, computer, math aids**
   SIGNATURE OF EDUCATION PROFESSIONAL:
   **J. Alvarado** TITLE: **Teacher** DATE: **3-11-04**

5. \_\_\_ THE PRISONER IS A SPECIAL EDUCATION STUDENT AND IS PROGRESSING TOWARD THE GOALS OF THE INDIVIDUALIZED EDUCATION PLAN (IEP).
   SIGNATURE OF EDUCATION PROFESSIONAL:
   _____ TITLE: _____ DATE: _____

6. \_\_\_ THE PRISONER HAS DOCUMENTED MEDICAL PROBLEM(S) WHICH PRECLUDES PARTICIPATION IN THE EDUCATION PROGRAM.
   SIGNATURE OF EDUCATION PROFESSIONAL:
   _____ TITLE: _____ DATE: _____

7. \_\_\_ THE PRISONER IS UNABLE TO SUCCESSFULLY COMPLETE THE REQUIREMENTS FOR A GED THROUGH NO FAULT OF HIS/HER OWN.
   List Reason(s) (use additional paper if needed): _____
   (For example - Reasons such as court ordered sentence reduction; out on writ and upon return there is not enough time to complete the GED before the earliest release date)
   SIGNATURE OF EDUCATION PROFESSIONAL:
   _____ TITLE: _____ DATE: _____

**PRISONER AGREEMENT TO EXEMPTION:**
I may be given an exemption from GED completion. I agree therefore to changing my education program plan.
PRISONER SIGNATURE: **Thurman L Maddox** DATE: **3-11-04**
SCHOOL PRINCIPAL SIGNATURE: _____ DATE: **3/ /**
SCHOOL PRINCIPAL RECOMMENDATION: **✓** APPROVE \_\_\_ DISAPPROVE
IF NOT APPROVED, REASON FOR DISAPPROVAL: _____
WARDEN SIGNATURE: **BNathan** DATE: **3/15/04**
WARDEN'S DETERMINATION: **✓** APPROVE \_\_\_ DISAPPROVE
IF NOT APPROVED, REASON FOR DISAPPROVAL: _____

DISTRIBUTION: WHITE-SCHOOL FILE, GREEN-CLASSIFICATION, CANARY-COUNSELOR FILE, PINK-INSTITUTIONAL FILE, GOLDENROD-PRISONER

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONARY

CSJ-110 4/90
4835-3110

**TO:**
NAME: Michigan State Parole Board
NO. AND STREET or R.R.: Grand View Plaza Bldg, P.O. Box 30003
CITY: Lansing  STATE: Michigan  ZIP: 48909

**FROM:**
NAME: Thurman F. Maddox
NO.: 211115  LOCK: 204-B-1
INSTITUTION: A.R.F.  DATE: 3-9■-04

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

PG-1 OF 2

Dear Parole Board Members:

"My Name is Thurman F. Maddox, I am Currently Located at Gus Harrison Correctional Facility In Adrian, Michigan. I've been Incarcerated Since May 9, 1997" Which I Was arrested In Detroit by the 3Rd Precinct Police Dept. I Was Told it Was for an aggravated assault Which I had Not did such Thing. "I Was Kept In there Jail for some Time during the Night I Was Rode out To Inkster. Mich." I stayed the Remainder of The Weekend in Jail There." Which Was the 10, 11, "on May 12, 97" I Was Taken out of the Lock up, and Tooken Into the Court Room By an Plain clothes Man There Were (3) Three of us in the Court Room that Morning." The Judge had Put an $50,000 Cash Surity Bond on Me." I Was Locked Back up Sent To Detroit Lock up Where I stayed For some Time Please Go To PG 2

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER STATIONARY

CSJ-110 4/9C
4835-311C

TO:
NAME: Contenue For Parole Board
NO. AND STREET OR R.R.:
CITY: Lansing  STATE: Michigan  ZIP:

IN CORRESPONDENCE, USE NAME AND NUMBER ON YOUR LETTER AND ENVELOPE

FROM:
NAME:
NO.:  LOCK:
INSTITUTION:  DATE: 3-9●-04

PG 2 OF PG 2

"Contenue" I Was Taken back To Inkster Mich Some Time Later." I am sending To you Copies of Inkster Court Documents. There is (1) one stating 22nd District Court, Case No: 96616230 Date of offense 04-24-96" Place of offense 25922 Princeton Street Inkster, Mich.
"Complainant Sucarol Elliott) Complaining Witness,
"No Name Given
"No Complaint Was Never Filed by an Complainant For an Valid Warrant To be Issued by an Magistrate Judge from Inkster. "Also There Was Never an Complaining Witness stating any accusations against Me at all." You Would Look at The PER Which Was Made 3-3-04" Stating on 04-26-96" Making accusations.
"There Were Never Not any one Making any accusations on- Information Complaint Form at all, This is an Inkster Mich 22nd District Court Document Dated 04-24-96"
"Further More I am sending To you an Copy of an Recommendation For an Warrant Dated 06-20-96" Completed Date 06-27-96" An Docket No: 96-2683 FY.
"This Recommendation Was used as an Warrant Shows There Was Never an Valid Warrant From an Magistrate Judge Endorsed and an State Seal Which Would Make it Valid." I am asking you Please Would you Look Into This Matter.
"I Thank you In advance.
yours Truly: Thurman T. Maddox
Waiting For your prompt Reply.

: David Dulwof  DATE: 3/18/04
NOTARY PUBLIC

SIGNATURE Thurman Maddox