UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THURMAN MADDOX #211115,

    Petitioner,

v.                              Case No. 1:04-cv-241

                                  Hon. David W. McKeague

THOMAS K. BELL,

    Respondent.
_____/

## ORDER REJECTING PLEADING

The Court has examined the following proposed pleadings received December 7, 2004, and orders the Clerk to reject the correspondence forwarded to our court by the Kent County Clerk's Office with attached documents and to return it to Thurman Maddox for the reasons noted below:

    This case was transferred to U.S. District Court, Eastern District of Michigan pursuant to an order of transfer signed by Magistrate Judge Hugh W. Brenneman, Jr. on 4/13/04.

IT IS SO ORDERED.

Dated: 12/9/04
(lkd)

                                  Hugh W. Brenneman, Jr.
                                  U. S. Magistrate Judge

☐ THE CLERK SHALL ACCEPT THE PLEADING(S) FOR FILING     _____
                                                                              INITIALS